# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WEINBERG, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| NATIONWIDE CASUALTY AND INSURANCE COMPANY | : NO. 11-5680 |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ day of June, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. 13), and all responses thereto, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. to the extent Plaintiffs' breach of contract claim includes Defendant's denial of coverage for exterior damages, Defendant's motion is granted;

2. to the extent Plaintiffs' breach of contract claim includes Defendant's denial of coverage for repairs made to the covered interior property, Defendant's motion is denied; and

3. with respect to Plaintiffs' bad faith claim, Defendant's motion is granted.

**IT IS FURTHER ORDERED** that a teleconference shall be held on **Wednesday, June 19, 2013 at 3:00 p.m.** to discuss Nationwide's obligation to Plaintiffs for costs incurred for repairs made to the covered interior property. Plaintiffs' counsel shall initiate the teleconference by calling

1

chambers once all parties are on the line.

                                                                    **BY THE COURT:**

                                                                    **/s/ Petrese B. Tucker**
                                                                    _____
                                                                    **Hon. Petrese B. Tucker, C.J.**